# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Anand, Justin S. | U.S. District Court, Northern District of Georgia | 09/18/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge | ☐ Nomination Date<br>☑ Initial ☐ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2011<br>to<br>07/1/2012 |

**7. Chambers or Office Address**

U.S. Courthouse
75 Spring St., SW
Atlanta, GA 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. Power of Attorney for individual | POA #1 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. 2004 | 401(k) retirement plan for employees of former law firm (Cleary, Gottlieb, Steen & Hamilton), which is maintained by Fidelity |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Nelson, Mullins, Riley & Scarborough - K1 Partner distribution |
| 2. 2010 | Nelson, Mullins, Riley & Scarborough - K1 Partner distribution |
| 3. 2012 | Nelson, Mullins, Riley & Scarborough - K1 Partner distribution |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Anand, Justin S.** | 09/18/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | Tuition agreement | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America, Checking Account | A | Interest | K | T | Exempt | | | | |
| 2. Bank deposit program, Morgan Stanley Smith Barney ("MSSB") | A | Interest | J | T | Exempt | | | | |
| 3. Citibank MLD, held at Morgan Stanley Smith Barney (MSSB) | A | Interest | J | T | Exempt | | | | |
| 4. Alger Larger Cap Growth Fund | | None | J | T | Exempt | | | | |
| 5. Banco Santander CD (MSSB) (y) | | | | | | | | | |
| 6. Citigroup Funding Inc. (MSSB) | A | Interest | K | T | Exempt | | | | |
| 7. Nuveen Georgia Muni Bond Fund (MSSB) | D | Interest | N | T | Exempt | | | | |
| 8. Cohen & Steers Realty Income (MSSB) | A | Dividend | L | T | Exempt | | | | |
| 9. Eaton Vance LTD Duration (MSSB) | A | Dividend | J | T | Exempt | | | | |
| 10. Eaton Vance Tax-Managed Global Dvrsfd Eqty Incme Fd (MSSB) | A | Dividend | J | T | Exempt | | | | |
| 11. First Eagle Global Fund (MSSB) | A | Distribution | L | T | Exempt | | | | |
| 12. Legacy Reserves LP Units | A | Distribution | J | T | Exempt | | | | |
| 13. Legg Mason Clearbridge Aggressive Growth (MSSB) | A | Distribution | J | T | Exempt | | | | |
| 14. Legg Mason Clearbridge Fundamental All Cap Value (MSSB) | A | Dividend | J | T | Exempt | | | | |
| 15. LM CBA Equity Income Builder (MSSB) | A | Dividend | J | T | Exempt | | | | |
| 16. Legg Mason Clearbridge Large Cap Growth | A | Distribution | J | T | Exempt | | | | |
| 17. Lord Abbot Short Duration Income Fund (MSSB) | B | Dividend | M | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PIMCO Commodity Real Return Strategy Fund (MSSB) | C | Dividend | L | T | Exempt | | | | |
| 19. Powershares QQQ Tr (MSSB) | A | Dividend | J | T | Exempt | | | | |
| 20. Safety First Trust CTF | A | Interest | J | T | Exempt | | | | |
| 21. SPDR S&P Midcap 400 | A | Dividend | J | T | Exempt | | | | |
| 22. SPDR S&P 500 | A | Dividend | J | T | Exempt | | | | |
| 23. Vanguard Total Stock Mkt ETF (MSSB) | A | Dividend | J | T | Exempt | | | | |
| 24. Clearbridge Energy MLP Fd (MSSB) | C | Distribution | K | T | Exempt | | | | |
| 25. Safety First Trust CTF 2007 | | None | J | T | Exempt | | | | |
| 26. Vanguard Wellington Fund | | None | J | T | Exempt | | | | |
| 27. Vanguard Index Trust 500 | | None | J | T | Exempt | | | | |
| 28. Vanguard Morgan Growth Fd | | None | J | T | Exempt | | | | |
| 29. Weatherford International Ltd | | None | J | T | Exempt | | | | |
| 30. Fidelity Asset Mgr 85% Fund | | None | K | T | Exempt | | | | |
| 31. Fidelity Blue Chip Growth Fund | | None | K | T | Exempt | | | | |
| 32. Fidelity Diversified Int'l Fund | | None | K | T | Exempt | | | | |
| 33. Schwab S&P 500 Index | | None | M | T | Exempt | | | | |
| 34. Goldman Sachs Small Cap Value Inst | | None | K | T | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anand, Justin S. | 09/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. JP Morgan Mid Cap Value Inst. Fund (Schwab) | | None | L | T | Exempt | | | | |
| 36. American Funds EuroPacific Fund | | None | L | T | Exempt | | | | |
| 37. Olstein All Cap Value (y) | | | | | | | | | |
| 38. Alliance Bernstein Funds Large Cap Growth (Wells Fargo) | | None | J | T | Exempt | | | | |
| 39. Wells Fargo Large Cap Growth Funds | | None | J | T | Exempt | | | | |
| 40. Wells Fargo Small/Mid Cap Fund | | None | J | T | Exempt | | | | |
| 41. TIAA-CREF Georgia 529 Plan Aggressive Managed Alloc 4-7 | | None | K | T | Exempt | | | | |
| 42. TIAA-CREF Georgia 529 Plan Mgd Alloc 0-3 | | None | K | T | Exempt | | | | |
| 43. Southern Co. | A | Dividend | J | T | Exempt | | | | |
| 44. TIAA Traditional Fixed income fund (y) | | | | | | | | | |
| 45. TIAA Real Estate fund (y) | | | | | | | | | |
| 46. CREF stock fund (y) | | | | | | | | | |
| 47. CREF Bond Market (y) | | | | | | | | | |
| 48. CREF Equity Index (y) | | | | | | | | | |
| 49. Pengrowth Energy Corp (y) | | | | | | | | | |
| 50. Wells Fargo bank account | A | Int./Div. | J | T | Exempt | | | | |
| 51. Suntrust bank account | A | Int./Div. | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anand, Justin S. | 09/18/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. First Citizens bank account | A | Int./Div. | J | T | Exempt | | | | |
| 53. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anand, Justin S. | 09/18/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Amendment was to correct POA information inadvertently left off. POA investment/bank account assets have been added to Part VII. Also, two other corrections were made in Part VII to reflect assets disposed entirely during the reporting year. Part VI was corrected to reflect tuition liability.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Justin S. Anand**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544